No. 611, Misc. PEPITONE v. CALIFORNIA ET AL. Sup. Ct. Cal. Certiorari denied.

No. 617, Misc. ALLISON v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *James F. Hewitt* for petitioner. *Solicitor General Griswold* for the United States.

No. 635, Misc. SWANN ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 637, Misc. FONG v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States.

No. 661, Misc. WEBB v. TEXAS. Ct. Crim. App. Tex. Certiorari denied. *Crawford C. Martin,* Attorney General of Texas, *Nola White,* First Assistant Attorney General, and *Robert C. Flowers* and *Dunklin Sullivan,* Assistant Attorneys General, for respondent.

No. 670, Misc. CAMP v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Morris Brown* and *Reber F. Boult, Jr.,* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Philip R. Monahan* for the United States.

No. 676, Misc. HARRIS v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.